# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2021

161793

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DONALD DARNELL APPLING,
    Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
*Justices*

SC: 161793
COA: 346906
Ingham CC: 16-000220-FH

On order of the Court, the application for leave to appeal the May 7, 2020 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Betts* (Docket No. 148981) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2021



Clerk

s0330